IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Jeffrey D

Printed: 1/24/06

Case Number: 05 B 20282
Judge: Doyle, Carol A

Filed: 8/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: November 17, 2005
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 365.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 365.00 |
| Totals: | 365.00 | 365.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Home Equity Loans | Secured | | No Claim Filed |
| 2. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 3. | Home Equity Loans | Secured | | No Claim Filed |
| 4. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 5. | Midwest Title | Secured | | No Claim Filed |
| 6. | Internal Revenue Service | Priority | | No Claim Filed |
| 7. | Capital One Card Center | Unsecured | | No Claim Filed |
| 8. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 9. | Care Station | Unsecured | | No Claim Filed |
| 10. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 11. | Capital One Card Center | Unsecured | | No Claim Filed |
| 12. | Devon Financial Services Inc | Unsecured | | No Claim Filed |
| 13. | City Of Chicago | Unsecured | | No Claim Filed |
| 14. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 15. | CB USA | Unsecured | | No Claim Filed |
| 16. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 21. | Universal Guardian Acceptance | Unsecured | | No Claim Filed |
| 22. | Specialized Urologic Cons | Unsecured | | No Claim Filed |
| 23. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 24. | State of Illinois | Unsecured | | No Claim Filed |
| 25. | Medical Recovery Specialists | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Jeffrey D

Printed: 1/24/06

Case Number: 05 B 20282
Judge: Doyle, Carol A

Filed: 8/23/05

| | | | |
|---|---|---|---|
| 26. Medical Recovery Specialists | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 0.00 | $ 0.00 |

TRUSTEE FEE DETAIL

Fee Rate           Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_