**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **BROWN, JEFFREY DANIEL** | ) | |
| | ) | **CASE NO. 05 B 20282** |
| | ) | |
| | ) | **JUDGE CAROL A. DOYLE** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 S. DEARBORN, COURTROOM 742
   CHICAGO, ILLINOIS 60604

   On: **OCTOBER 18, 2007**
   At: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $    166,028.87

   b. Disbursements                               $    163,720.52

   c. Net Cash Available for Distribution         $      2,308.35

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | IL Dept of Employment Security | $9,250.00 | $2,058.35 |

6. Claims of general unsecured creditors totaling $2,846.88, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site,

*www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **September 13, 2007**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-20282  Doc 85  Filed 09/13/07  Entered 09/15/07 23:42:46  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                   Date Rcvd: Sep 13, 2007
Case: 05-20282                     Form ID: pdf002              Total Served: 29

The following entities were served by first class mail on Sep 15, 2007.
db          +Jeffrey D Brown,    3814 W. 87th Street,    Chicago, IL 60652-3746
aty         +James J Burns, JR,    Burns & Wincek,    53 West Jackson,    Suite 560,    Chicago, IL 60604-3421
aty         +Jeffrey L Benson,    Law Offices of Jeffrey Benson,    3337 W 95th St  Suite 2,
              Evergreen Park, IL 60805-2234
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9371968     +Advocate Christ Medical Center,    4440 W. 95th Street,    Oak Lawn, IL 60453-2600
9371969     +Americash,    7454 S Cicero,    Chicago, IL 60629-5819
9371973     +CB USA,    P.O. Box 8000,    Hammond, IN 46325-8000
9371970     +Capital One,    11013 W Broad Street,    Glen Allen, VA 23060-5937
10424279    +Capital One Bank,    Capital ONe,    c/o TSYS Debt Mangement,    POB 5155,    Norcross, GA 30091-5155
9371972     +Care Station Physicians,    5660 W 95th Street,    Oak Lawn, IL 60453-2384
9371974     +City of Chicago,    Department of Water Management,    P.O. Box 6330,    Chicago, IL 60680-6330
9371976     +Countrywide Home Loans,    400 Countrywide Way,    Simi Valley, CA 93065-6298
10432352    +Countrywide Home Loans, Inc.,    400 Countrywide Way, SV-46,    Simi Valley, CA 93065-6298
10641933    +Countrywide Home Loans, Inc.,    7105 Corporate Dr.,    PTX C-35,    Plano, TX 75024-4100
9371977     +Devon Financial Services,    6408 N Western Ave,    Chicago, IL 60645-5422
9371978     +GMAC,    P.O. Box 217060,    Auburn Hills, MI 48321-7060
9371980     +HSBC NV,    841 Seahawk Circle,    Virginia Beach, VA 23452-7809
9371979      Homeq,    P.O. Box 997126,    Sacramento, CA 95899
9371981    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5010 CHI,    230 S. Dearborn Street,
              Chicago, IL 60604)
9443866     +Illinois Department Of Employment Security,    Illinois Attorney General's Office,
              33 So State Street Room 992,    Chicago, IL 60603-2802
9371982     +Little Company of Mary,    5660 W 95th Street,    Diagnostic Center,    Oak Lawn, IL 60453-2380
9371983     +Med Coll Sys,    175 W Jackson,    Chicago, IL 60604-2615
9371984     +Medical Business Bureau,    1460 Renaissance DR. # 400,    Park Ridge, IL 60068-1349
9371985     +Medical Recovery,    2200 East Devon Ave. Suite 288,    Des Plaines, IL 60018-4501
9371987      Midwest Title Loans,    5 S. Archer,    Chicago, IL 60638
9371988     +Specialized Urologic Consultants,    4400 W. 95th Street,    Suite 109,    Oak Lawn, IL 60453-2656
9371989     +State of Illinois,    Department of Employment Security,    P.O. Box 6996,    Chicago, IL 60680-6996
9371990     +Universal Guardian Acceptance,    PO BOX 131269,    Carlsbad, CA 92013-1269
9371991     +Van Ru Credit Corporation,    10024 Skokie Blvd.,    Ste. 3,    Skokie, IL 60077-1037

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Lois West
aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
9371971*    +Capital One,    11013 W Broad Street,    Glen Allen, VA 23060-5937
9371975*    +City of Chicago,    Department of Water Management,    PO BOX 6330,    Chicago, IL 60680-6330
10476024*   +Countrywide Home Loans,    400 Countrywide Way,    Simi Valley, CA 93065-6298
10476025*    Homeq,    POB 997126,    Sacramento, CA  95899
9371986*    +Medical Recovery,    2200 East Devon Ave. Suite 288,    Des Plaines, IL 60018-4501
10476026*    Midwest Title Loans,    5 S Archer,    Chicago, IL  60638
                                                                                        TOTALS: 1, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**  **Signature:** *Joseph Speetjens*