UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                  )
                                        )
JEFFREY D. BROWN,                       )
                                        )   Case No. 05 B 20282
          Debtor(s).                    )
                                        )

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case on April 8, 2008 at 10:30 a.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, David P. Leibowitz, or trustee's counsel is directed to appear at this hearing.

☑ The trustee shall report as to when a final account in this asset case may be expected.

☑ A representative of the United States Trustee's office is to appear in this matter.

ENTER:

_____
Judge

Dated: Jan. 16, 2008